JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

PAUL ANTHONY V.,[1]

               Plaintiff,

   v.

FRANK BISIGNANO, Commissioner of Social Security,

               Defendant.

Case No. 5:25-cv-00514-PD

**JUDGMENT**

Pursuant to the Court's Order, IT IS HEREBY ADJUDGED that the decision of the Administrative Law Judge is affirmed and this action is dismissed with prejudice.

DATED:  March 31, 2025

*Patricia Donahue*

HON. PATRICIA DONAHUE
UNITED STATES MAGISTRATE JUDGE

[1] Plaintiff's name is partially redacted in accordance with Fed. R. Civ. P. 5.2(c)(2)(B) and the recommendation of the United States Judicial Conference Committee on Court Administration and Case Management. Pursuant to Fed. R. Civ. P. 25(d), Frank Bisignano, the current Commissioner of Social Security, is hereby substituted in as the Defendant.